# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1600
Lower Tribunal Nos. 2001989384, 13250009621FC

_____

**Eddie Whatley**,
Appellant,

vs.

**Department of Revenue, Child Support Program, et al.**,
Appellees.

An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Eddie Whatley, in proper person.

James Uthmeier, Attorney General, and Sara C. Prieto (Fort Lauderdale), Assistant Attorney General, for appellee Department of Revenue.

Before FERNANDEZ, GORDO and GOODEN, JJ.

GOODEN, J.

## ON CONCESSION OF ERROR

Appellant Eddie Whatley appeals a final administrative paternity and support order rendered by the Appellee Department of Revenue. Whatley timely contested the proposed order and requested an administrative hearing. See § 409.256(4), Fla. Stat. (2025); § 409.2563(4), Fla. Stat. (2025). But the Department did not process the request and the matter was not referred to the Division of Administrative Hearings. As a result, a final order was entered without providing Whatley an opportunity to be heard.

On appeal, Whatley asserts that he was deprived of due process. See Art. I, § 9, Fla. Const. ("No person shall be deprived of life, liberty or property without due process of law . . . ."); N.C. v. Anderson, 882 So. 2d 990, 993 (Fla. 2004) ("Procedural due process requires both reasonable notice and a meaningful opportunity to be heard."). Acknowledging that Whatley is entitled to an administrative hearing, the Department of Revenue correctly and commendably concedes error. We accept this concession of error, reverse the order, and remand for further proceedings consistent with sections 409.256 and 409.2563, Florida Statutes.

Reversed and remanded for further proceedings.